lor, Appellant, Impleaded, etc. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Daniels, J.

Herbert Cecil Pelly, Respondent, v. Andrew J. Robinson, Appellant. Impleaded, etc. — Judgment reversed and new trial ordered, with costs to abide event. Opinion by Daniels, J.

William G. Shailer, Receiver, etc., Appellant, v. Eugene Corbett and others, Respondents. — Judgment modified as directed by opinion, and, as modified, affirmed. The question of costs upon the affirmance to the defendants should be reserved to be determined on settlement of order. Opinion by Daniels, J.

James Falvey, Respondent, v. Francis J. Bridges, Appellant. — Judgment affirmed, with costs. Opinion by Daniels, J

The Manufacturers and Traders'Bank, Appellant, v. The C. W Dare Company, and others, Respondents. — Order reversed and report set aside, with ten dollars costs and the disbursements, and another referee appointed to make the assessment. Opinion by Daniels, J.

The C. B. Keogh Manufacturing Company, Respondent, v. Charles Molten and others, Appellants, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements, with liberty, upon payment of costs and disbursements of appeal, to renew motion for reference upon proof of length of accounts, and that no other substantial issues are involved. Opinion by Van Brunt, P.J.

William A. Woodhull, Receiver, etc., Respondent, v. Ansel L. Washburn, Appellant. — Order reversed, with ten dollars costs of appeal and disbursements, and the motion granted, with leave to renew upon additional papers on payment of the costs on appeal. Opinion by Van Brunt, P.J.

Merritt E Haviland, Executor, etc., Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Daniels, J.

Dennis Nugent, Appellant, v. The Atlas Steamship Company, Respondent. — Judgment affirmed, with costs. Opinion *Per Curiam.*

John W. Gilbert v. Henry S. Deshon and others.— Order reversed, with ten dollars costs and disbursements, with leave to renew the motion at Special Term upon further affidavits. Opinion by Ingraham, J.

Banker & Campbell Company (Limited) v. Frederick J. Stimson. — Order modified, and, as modified, affirmed, with costs. Opinions by Patterson and Barrett, JJ.

Louis B. Hasbrouck, Respondent, v. Emma B. Young, Appellant — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinions by Patterson and Barrett, JJ.

William Henry Willets, Respondent, v. The New York Elevated Railroad Company, Appellant.— Judgment modified as directed in opinion, and, as modified, affirmed, without costs. Opinion by Van Brunt, P. J.

Julius Gottberg, Executor, etc., v. The United States National Bank. — Judgment affirmed, with costs. Opinion by Patterson, J.

Peter W. Gallaudet and others v. Charles Kellogg and others. — Exceptions (except as stated in opinion) overruled and judgment directed that the complaint be dismissed, with costs. Opinion by Patterson, J.

Bertha E. Martin, Administratrix, etc , Respondent, v. Spencer C. Platt and others, Appellants, Impleaded, etc. — Order affirmed, with costs. Opinion by Daniels, J.

Robert B. Denison and others, v. Caroline L. Denison and others.

George E. Denison, Appellant, v. James L Denison and others, Respondents. — Judgment affirmed, with ten dollars costs and disbursements.

Charles A Burt, Appellant, v. Oneida Community (Limited) and others, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Clara A. Lake, Respondent, v. William Lawton, Appellant, Impleaded, etc. — Judgment and order affirmed, with costs.

Mary Hiller, Appellant, v. Catherine Vincent, Respondent. — Judgment of the County Court and judgment of Justice's Court reversed, with costs.

James Van Camp, for Himself and all other Legatees under the Last Will and Testament of Ann Jennette Van Camp, Deceased, Respondent, v. Albert Fowler, as Executor of the Last Will and Testament of Oliver H. Perry, Deceased, and others, Appellants. — Judgment affirmed, with costs.

William W. Hare, Appellant, v. J. K. Follett,

Respondent. — Motion for leave to appeal to Court of Appeals denied.

Austin O Ames and others, Appellants, v. The Associated Lace Makers' Company, Respondent. — Order reversed, with ten dollars costs and disbursements; plaintiff to receive answer in ten days upon payment of ten dollars costs and disbursements and ten dollars costs of motion.

Dorah Grubert, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent. — Judgment affirmed, with costs

Wilson H. Gardenier, Appellant, v. The Oswego Mutual Savings and Aid Association and Edward Kelly, Respondents. — Order modified by striking therefrom the words " and also the sum of sixty six dollars and twenty-six cents, with interest from February 26 1891, judgment for costs of last-mentioned date in the action of Wilson H. Gardenier against the said association," and as so modified affirmed, without costs to either party of this appeal. Opinion by Hardin, P. J.

**Decisions handed down Nov. 13, 1891.**

Daniel F. Appleton and others, Respondents, v. Kate Fuller and others, Appellants. — Motion for new trial denied, with costs to the parties appearing to be paid out of the estate. Opinion by Van Brunt, P. J

The People of the State of New York *ex rel.* Edward Luckemeyer, Appellant. v. Michael Coleman and others, Commissioners, etc , Re-

spondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Adolph Luthy, Appellant, v. James Regan, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Riverside Bank, Appellant, v. John Totten, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Lena Finelite, Appellant, v. Alexander Finelite,